Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re A. and M. Nagy-Melykuti         ,     Case No.  17-17210-CMG

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  3  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on        12/31/2018       .

| Wells Fargo Bank, N.A. | U.S. Bank National Association as Legal T... |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Address of Transferee:
U.S. Bank Trust Nat. Assoc. for Chalet Series
SN Servicing Corp.
323 5th Street
Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/08/2019                                                   Jeanne A. Naughton
                                                                    **CLERK OF THE COURT**