| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire/EJA/3162<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>U.S. Bank National Association as Legal Title<br>Trustee for Truman 2016 SC6 Title Trust | Order Filed on November 13, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| ANDRAS NAGY-MELYKUTI<br>xxx-xx-0185<br>MELINDA NAGY-MELYKUTI<br>xxx-xx-0822<br><br>                Debtors. | Case No.:   17-17210<br>Chapter:    13<br>Judge:      CMG<br><br>Hearing Date: November 6, 2019 @ 9:00 a.m. |

**ORDER RESOLVING U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR THE TRUMAN 2016 SC6 TITLE TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY SUBMITTED UNDER THE 7-DAY RULE**

    The relief set forth on the following pages numbered two (2) through three (3) are hereby **ORDERED**.

**DATED: November 13, 2019**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Andras and Melinda Nagy-Malykuti
Case No:  17-17210/CMG
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF

---

Upon consideration of ("Movant") U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust's motion for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth; and the Debtor having filed opposition thereto; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. Debtors recently brought their post-petition mortgage account current through October 1, 2019.

2. Commencing with the November 1, 2019 post-petition mortgage installment payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtors shall remit payments directly to Movant as same come due.

3. Debtors shall reimburse Movant through their Chapter 13 Plan of Reorganization as an administrative claim the sum of $431.00 for attorney's fees and costs incurred by Movant in the prosecution of its motion for relief.

4. **Forty-Five Day Default Clause:**       If the Debtors should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant for more than (45) days from the due date, Movant may send Debtors a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel for Movant may then file a certification of non-receipt of said

**(Page 3)**
Debtor:   Andras and Melinda Nagy-Malykuti
Case No:  17-17210/CMG
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF

payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter an Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to secured creditor's enforcement of its State Law Foreclosure action against the realty commonly known as 45 Aberdeen Road, Matawan, New Jersey 07747.  The order submitted to the Court will not require the consent of the Debtors or the Debtors' counsel regarding form or substance, however, the trustee, Debtors and their counsel shall be given notice of any filing of a certification of non-receipt in accordance with Rule 9072-1 of the Local Rules of Bankruptcy Procedure.

    5.    Movant shall serve a copy of the executed order on all interested parties who have not yet been served electronically by the court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-17210-CMG
Andras Nagy-Melykuti                                                                 Chapter 13
Melinda Nagy-Melykuti
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Nov 13, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db/jdb         +Andras Nagy-Melykuti,   Melinda Nagy-Melykuti,   45 Aberdeen Road,   Matawan, NJ 07747-2719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
           Certificates Series 2007-OA1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title
           Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
          John C. Feggeler    on behalf of Joint Debtor Melinda   Nagy-Melykuti feggelerlaw@verizon.net
          John C. Feggeler    on behalf of Debtor Andras   Nagy-Melykuti feggelerlaw@verizon.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 7