UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(d)**

In Re:

Case No.: _____

Chapter: 13

Hearing Date: _____

Judge: _____

## ORDER ON MOTION/APPLICATION TO DISMISS/CONVERT CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**Page 2**

This matter having come before the Court on Motion/Application of _____, for an Order Dismissing/Converting Debtor's case, and good cause having been shown, it is hereby

**ORDERED** as follows:

- ❏ case is dismissed.

- ❏ case is converted to a proceeding under Chapter 7.

- ❏ case is converted to a proceeding under Chapter 11.

- ❏ case is allowed to continue under Chapter 13 upon the following terms and conditions:

    - ❏ (a) payments to the Trustee shall continue in the amount of _____ dollars/month for an additional _____ months;

    - ❏ (b) Debtor(s) shall prepare and file with the Court a Wage Order for continuing Trustee payments;

    - ❏ (c) If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payment, with Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case shall be dismissed;

    - ❏ (d) Other (ie, Counsel Fee Award or other relief to moving party)
        _____
        _____
        _____

**Page 3**

Upon case dismissal/conversion, any funds held by the Chapter 13 Trustee from payments made on account of debtor(s) Plan, shall be disbursed to the Debtor(s), except as follows:

(a)   $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b)   $_____ to _____ (Creditor) for adequate protection payments pursuant to prior Order of the Court.

(c)   Other: _____
      _____
      _____

*rev.8/1/15*